# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMUNDO RODRIGUEZ-JIMENEZ,<br><br>Defendant. | 2:10-CR-248 JCM (GWF) |

**ORDER**

Presently before the court is the matter of *United States v. Raymundo Rodriguez-Jimenez*, case number 2:10-cr-00248-JCM-GWF-2.

On March 22, 2012, this court entered a final order of forfeiture against the defendant. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), "The court must also include the forfeiture order, directly or by reference, in the Judgment, but the court's failure to do so may be corrected at any time under Rule 36."

Here, the judgment does not include the forfeiture order. Therefore, pursuant to this court's authority under Fed. R. Crim. P. 36, the court orders that the forfeiture order be included in the judgment of conviction.

Accordingly,

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the clerk of the court issue an amended judgment of conviction, attaching a copy of this court's forfeiture order (doc. #108).

DATED April 27, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -